# UNITED STATES BANKRUPTCY COURT

In Re: _____Delgado, Abraham_____  Case No. _____
         **Debtor**                                         (if known)

                                             Chapter         13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __77.50__ Check one ☒ With the filing of the petition, or
                                        ☐ On or before

    $ __77.50__ on or before __8/9/2014__

    $ __77.50__ on or before __9/9/2014__

    $ __77.50__ on or before __10/8/2014__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        ___[signature]___ 7/10/14
**Signature of Attorney**     Date          **Signature of Debtor**     Date

_____        _____
**Name of Attorney**                        **Signature of Joint Debtor**     Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 10 2014

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - KK V.O.